FREDERICK C. WITHERS et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Withers* v. *City of New York,* 123 App. Div. 283, affirmed.
(Argued November 19, 1908; decided December 8, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1908, which reversed a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial and granted a new trial in an action to recover for an alleged breach of contract.

*Frederick Hulse* for appellants.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, Terence Farley* and *Charles A. O'Neil* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.